Flinn Estate.

Argued September 29, 1955. Before STERN, C. J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.

*Thomas V. Douglass,* with him *Griggs, Moreland, Blair & Douglass,* for appellant.

*John M. Feeney, Jr.,* with him *William F. Knox,* and *Moorhead & Knox,* for appellees.

OPINION PER CURIAM, November 16, 1955:
The decree is affirmed on the opinion of Judge RA- HAUSER. Costs to be paid by the appellant.

Polka, Appellant, *v.* May.